UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT LEE WATTS, JR,
    Plaintiff,

vs.                                                Case No.:  3:22cv10879/MCR/ZCB

ESCAMBIA COUNTY
CORRECTIONS JAIL, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se* and *in forma pauperis*, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On August 5, 2022, the Court ordered Plaintiff to pay an initial partial filing fee in the amount of $14.60 within thirty days. (Doc. 4). The Court notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of the case. (*Id.*).

Plaintiff did not pay the initial partial filing fee within the time allowed. Therefore, on September 29, 2022, the Court ordered Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court. (Doc. 5). The Court again notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of the case. (*Id.*).[1]

---

[1] The Court sent the show cause order to Plaintiff at his record address, the Escambia County Jail. On October 13, 2022, the jail returned the order to the Court. (*See* Doc. 6). The Clerk of Court then mailed the order to the forwarding address, along with

1

The deadline for compliance with the show cause order has passed, and Plaintiff has not paid the initial partial filing fee or otherwise responded. Dismissal is, therefore, warranted. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the initial partial filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid).

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

At Pensacola, Florida, this 14th day of November 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's**

---

a notice of change of address form, which was returned as undeliverable with no other forwarding address found. (*See* Doc. 7).

**order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**